ARCH LEGAL, P.C.
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MESSAGEBIRD USA, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-11453-SVW-AJRx<br><br>[Assigned to Hon. Stephen V. Wilson]<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE CASE WITH PREJUDICE<br><br>Complaint Filed: October 27, 2025<br>Removal Date: December 1, 2025 |

[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE CASE WITH PREJUDICE

After consideration of the foregoing Joint Motion and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The entire complaint and all causes of action are dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: April 8, 2026

_____

Hon. Stephen V. Wilson
United States District Court
Central District of California

ARCH LEGAL, P.C.
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE CASE WITH PREJUDICE